FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION UNDER 28 U.S.C. § 1343

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2021 DEC 10 P 1: 58
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Germaine Page )
[Enter above the full name of )
the plaintiff in this action] )
 )
 )
v. ) Docket no.
 )
Sun Journal Newspaper )
 )
 )
 )
 )
 )
[Enter above the full name of )
the defendant(s) in this action] )

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes [ ]    No [✗]

   B.  If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

       1. Parties to this previous lawsuit

          Plaintiff(s)  _____

          Defendant(s) _____
                       _____

       2. Court [If federal court, name the district; if state court, name the county]
          _____

       3. Docket number  _____

4. Name of judge whom case was assigned _____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome _____

II. Place of present confinement  Androscoggin County Jail

A. Is there a prisoner grievance procedure in this institution?
Yes [X]   No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [ ]   No [X]   *Not applicable*

C. If your answer is "Yes"

1. What steps did you take? _____

2. What was the result? _____

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff  Germaine Page

Address  40 Pleasant St Auburn ME 04210

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant  Sun Journal

Position  local Newspaper

Address  Sun Journal Po box 4400 Lewiston ME 04243

C. Additional Defendant(s) _____

_____
_____
_____

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

The Sun Journal Printed a story saying I was Charged with attempted Murder and then Printed another story Falsely accusing me of Murder and I did not kill anyone, the Sun Journal has irreparably Damaged my case and caused a bias. they are guilty of slander, libel and defamation of Character

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

I would like the Court to Award me Damages in the amount of 8,000,000 $

Signature of Plaintiff: Germaine Page

Signed this 15th day of November, 2021

I declare under penalty of perjury that the foregoing is true and correct.

11-15-21
Date

Signature of Plaintiff: Germaine Page